# CIVIL CAUSE FOR STATUS CONFERENCE

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 6/12/2019          TIME:  3:30 PM          TIME IN COURT: 30 min.

CASE:     **Griffin et al v. Incorporated Village of Rockville Centre et al
          2:14-cv-04491-JMA-AYS**

APPEARANCES:     For Plaintiffs:    Caril Simmons Craig Griffin, Lance Griffin (pro se)

                 For Defendants: Amol Christian

FTR:

- ☒ Case called.
- ☐ Counsel present for all sides.
- ☐ Briefing schedule set.
    Moving papers served by:
    Response:
    Reply:
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled for  .
- ☐ The status conference is rescheduled for  in Courtroom 920 of the Long Island Courthouse.
- ☒ Other: Plaintiff Charles Griffin is deceased.  The discovery schedule is amended so that all discovery should be completed by 10/31/2019.  Discovery will be limited to depositions and limited interrogatories.  Any discovery disputes are respectfully referred to Judge Shields.